UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 19-07662-JAK (KSx) | Date | February 10, 2020 |
| Title | Anthony Loaiza, et al. v. Kinkisharyo International, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| V.R. Vallery | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Haber | Ronald J. Holland |
| | Philip J. Shecter |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT (DKT. 10); PLAINTIFFS' MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 (DKT. 12); PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (DKT. 21); STATUS CONFERENCE RE DISCOVERY AND PRETRIAL DEADLINES**

The hearing is held. The Court states its tentative views that it is inclined to grant Plaintiffs' Motion for Leave to File Late Opposition to Defendant's Motion to Dismiss (the "Motion for Leave" (Dkt. 21)), deny Plaintiffs' Motion to Remand Pursuant to 28 U.S.C. § 1447 (the "Motion to Remand" (Dkt. 12)) and grant-in-part Defendant's Motion to Dismiss Plaintiffs' Complaint (the "Motion to Dismiss" (Dkt. 10)) as to pre-emption of overtime claims. After counsel present arguments as to the pending matters, the Court takes the Motions **UNDER SUBMISSION** and rulings will be issued.

The status conference is held. Counsel address the procedural status of discussions as to potential consolidation, but the Court defers any substantive discussion because counsel for the *Armendariz* action (No. 2:19-cv-08757-JAK-KS) are not present. Counsel are to continue to confer in both actions concerning a potential process for the Court to determine whether consolidation is appropriate, assuming that the parties continue to disagree on that issue, and this action is not remanded to the Superior Court. If the Motion to Remand is denied, then the parties shall proceed with the appropriate motion practice to present the issue of consolidation to the Court for decision.

**IT IS SO ORDERED.**

: 38

Initials of Preparer   VRV