|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE LANDAVERDE, individually, and on behalf of other members of the general public similarly situated, | No. 2:19-cv-07662-JAK (KSx) |
| --- | --- |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A) (DKT. 127)** |
| v. | **JS-6: CASE TERMINATED** |
| KINKISHARYO INTERNATIONAL, LLC, a Delaware limited liability Company; and DOES 1-100 inclusive, | |
| Defendants. | |

1

1 | Based on a review of the Stipulation of Dismissal Pursuant to F.R.C.P. 41(a) (the
2 | "Stipulation" (Dkt. 127)), sufficient good cause has been shown for the requested relief.
3 | Therefore, the Stipulation is **APPROVED**, as follows:
4 | Plaintiff's Individual Claims are dismissed with prejudice, and the Representative
5 | Non-Individual PAGA Claim and the Class Allegations are dismissed without prejudice.
6 | All other existing dates and deadlines in this matter, including the Status Conference
7 | scheduled for November 13, 2023, are hereby vacated.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
John A. Kronstadt
United States District Judge